UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,

v.                                                5:09-CV-43--SPM/EMT

WILLIE D. SELDERS,

   Defendant.
_____/

## ENTRY OF DEFAULT JUDGMENT

Pending before the Court is the motion for an entry of default judgment (doc. 5), filed by the United States of America. The complaint in the above action was filed in this Court on February 12, 2009, and after due service of process on the Defendant according to law, no appearance, answer or other defense has been served or filed on behalf of the Defendant. Default as to the Defendant was duly entered by the Clerk of the Court on August 12, 2009 (doc. 6).

By reason of this default, IT IS HEREBY ORDERED and ADJUDGED as follows:

1. The Government's Motion for Default Judgment (doc. 5) is GRANTED.
2. The Plaintiff, United States of America, shall recover from the Defendant the sum of $4, 635.17 (Defendant owes Plaintiff the principal sum of $2,369.10, interest of $1,856.39 accrued through December 1, 2008, United States Marshal's Service Fees of $59.68, and court costs of $350.00), plus pre-judgment interest, and post-judgment interest accruing at the rate of 0.47, as required by 28 U.S.C. § 1961(a).

DONE and ORDERED this twenty-eighth day of August, 2009.

                                              *s/ Stephan P. Mickle*
                                              Stephan P. Mickle
                                              Chief United States District Judge